BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>SAMANTHA JONES,<br>  aka Samantha Monk,<br><br>             Defendant. | CASE NO. 2:13-CR-00153-CKD<br><br>**ORDER SETTING SACRAMENTO AS INTRA-DISTRICT VENUE** |

It is Hereby Ordered that the above captioned case, for good cause shown, shall be heard by the United States District Court sitting in Sacramento, California, pursuant to Local Rule 120(f).

IT IS SO ORDERED.

Dated: May 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1